IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALICIA D. ELLIOTT,<br><br>　　　　Defendant. | SEALED<br>4:19CR3096<br><br>INDICTMENT<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 AUG 21 PM 4: 32
OFFICE OF THE CLERK

The Grand Jury charges that

## COUNT I

On or about November 20, 2018, in the District of Nebraska, Defendant ALICIA D. ELLIOTT did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about November 13, 2018, in the District of Nebraska, Defendant ALICIA D. ELLIOTT did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

DANIEL PACKARD
Assistant United States Attorney