IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3096 |
| vs. | STATEMENT REGARDING PRESENTENCE INVESTIGATION REPORT |
| ALICIA ELLIOTT, | |
| Defendant. | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states we have received and reviewed the Presentence Investigation Report and have no objections to the information, calculations, and conclusions contained within the report. Plaintiff anticipates offering no evidence at sentencing other than to meet or rebut any evidence or testimony offered by the Defendant.

Respectfully submitted,

UNITED STATES OF AMERICA, Plaintiff

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By: s/ *Daniel Packard*
DANIEL PACKARD, #21991
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
Tel: (402) 437-5241
Fax: (402) 437-5390
E-mail: daniel.packard@usdoj.gov