IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3096 |
| vs. | ORDER |
| ALICIA D. ELLIOTT, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue (filing 35) is granted.

2. Defendant Alicia D. Elliott's sentencing is continued to September 16, 2020, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 22nd day of June, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge