IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:19CR3096 |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED** |
| | ) | **MOTION FOR CONTINUANCE** |
| vs. | ) | |
| | ) | |
| ALICIA D. ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, Alicia D. Elliott, through counsel, and respectfully moves this Court to continue the Sentencing hearing currently set for Wednesday, September 16, 2020, at 11:00 AM for approximately ninety days for the following good and sufficient reasons, to wit:

1. The Defendant, Ms. Elliott is currently undergoing dialysis and her doctors have referred her for a kidney transplant as her life expectancy is significantly diminished if she is not able to receive a transplant soon;

2. There have been delays in the transplant process due to COVID-19, but Ms. Elliott's doctors are in communication with two different transplant centers in an attempt to expedite the transplant process;

3. Ms. Elliott reports that at the South Central transplant center, the transplant team will be discussing her case this week and reporting back on timeframe for her to receive a transplant;

1

4. Ms. Elliott also reports that her doctors referred her to St. Luke's transplant center and she will be meeting with that team this week in an effort to secure the earliest possible kidney transplant availability;

5. That this transplant process is by nature difficult to predict an exact time frame for, due to the unknown time of donors becoming available, but MS. Elliott's doctors have informed her she will likely be moved to the top of the list due to the urgency of her medical needs; and

6. Counsel for Ms. Elliott has been in communication with Dan Packard, Assistant United State's Attorney, and Mr. Packard does not object to a continuance.

WHEREFORE, the Defendant respectfully requests that the Court sustain this Motion and order that the Sentencing in this matter be continued for approximately ninety days for the good and sufficient reasons set forth above.

> Respectfully submitted,
> Alicia Elliott, Defendant
>
> /s/ David Tarrell_____
> David Tarrell, #22024
> Berry Law Firm
> 6940 O Street, Suite 400
> Lincoln, NE 68510
> T (402) 466-8444
> dtarrell@jsberrylaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on Sept 14, 2020, I electronically filed this document with the Clerk of the Court using the ECF system which serves it on the parties.

> /s/ David Tarrell_____
> David Tarrell, #22024