IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALICIA D. ELLIOTT,<br><br>        Defendant. | 4:19-CR-3096<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion for Continuance (filing 38) is granted.

2. Defendant Alicia D. Elliott's sentencing is continued to January 22, 2021, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of September, 2020.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge