IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:19CR3096 |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED** |
| | ) | **MOTION FOR CONTINUANCE** |
| vs. | ) | |
| | ) | |
| ALICIA D. ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, Alicia D. Elliott, through counsel, and respectfully moves this Court to continue the Sentencing hearing currently set for Wednesday, January 20, 2021, at 11:30 AM for approximately sixty days for the following good and sufficient reasons, to wit:

1. The Defendant, Ms. Elliott, and counsel, need additional time to prepare for sentencing; and
2. Counsel contacted Dan Packard, Assistant U.S. Attorney, and Mr. Packard has no objection to this continuance.

WHEREFORE, the Defendant respectfully requests that the Court sustain this Motion and order that the Sentencing in this matter be continued for approximately sixty days for the good and sufficient reasons set forth above.

Respectfully submitted,
Alicia Elliott, Defendant

/s/ David Tarrell
David Tarrell, #22024
Berry Law Firm
6940 O Street, Suite 400
Lincoln, NE 68510
T (402) 466-8444
dtarrell@jsberrylaw.com

1

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on January 11, 2021, I electronically filed this document with the Clerk of the Court using the ECF system which serves it on the parties.

              /s/ David Tarrell_____
              David Tarrell, #22024