IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:19CR3096 |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED** |
| | ) | **MOTION FOR CONTINUANCE** |
| vs. | ) | |
| | ) | |
| ALICIA D. ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, Alicia D. Elliott, through counsel, and respectfully moves this Court to continue the Sentencing hearing currently set for Friday, June 4, 2021, at 2:00 p.m., for approximately 60 days for the following good and sufficient reasons, to wit:

1. Ms. Elliott needs additional time to comply with the plea agreement in this matter.

2. Counsel for Ms. Elliott consulted with Dan Packard, Assistant U.S. Attorney, and Mr. Packard has no objection to this continuance.

WHEREFORE, the Defendant respectfully requests that the Court sustain this Motion and order that the Sentencing in this matter be continued for approximately 60 days for the good and sufficient reasons set forth above.

Respectfully submitted,
Alicia Elliott, Defendant

/s/ David Tarrell_____
David Tarrell, #22024
Berry Law Firm
6940 O Street, Suite 400
Lincoln, NE 68510
T (402) 466-8444
dtarrell@jsberrylaw.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused the foregoing to be filed with the Clerk of the United States District Court, District of Nebraska, using the CM/ECF system which sent notification to the AUSA on this the 26th day of May, 2021.

                                         /s/ David Tarrell_____
                                         David Tarrell, #22024