IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:19CR3096** |
| vs. | |
| ALICIA D. ELLIOTT, | **ORDER** |
| Defendant. | |

This matter is before the Court sua sponte.   On June 9, 2023, the Court filed a Memorandum and Order which required the Probation Office to file an investigation report within 30 days; the government to file a brief within 14 days after the filing of the investigation report; and the defendant to file her brief within 14 days thereafter.   Filing No. 73.   The Probation Office filed its report, under seal, on July 9, 2023.   Filing No. 74. Because the Probation report was filed under seal, the other case participants, the Government and Defendant, did not receive notice of Probation's filing nor could they view it.   The filing from Probation has now been changed to restricted so all case participants can access the report.   Therefore, now that all parties have access to Probation's Investigation Report, the Court orders the following.

**IT IS ORDERED THAT:**

1.  The government shall file a responsive brief within 14 days of this Order;

2.  The defendant shall file her brief within 14 days after the government's brief is filed, if she so chooses.

Dated this 22nd day of August, 2023.

BY THE COURT:
s/ Joseph F. Bataillon
Senior United States District Judge